**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:        Ricardo Romano v. The State of Texas

Appellate case number:    01-18-00538-CR

Trial court case number:  2167075

Trial court:                      County Criminal Court at Law No. 6 of Harris County

      Appellant has filed a motion for leave to file a brief on remand. The motion is **granted**. The State's response brief, if any, shall be filed within 30 days of the date of this order.

      It is so ORDERED.

Judge's signature:  /s/ <u>Richard Hightower</u>
                     Acting for the Court

Date:  <u>February 18, 2021</u>

Panel consists of Justices Kelly, Hightower, and Countiss